# RAYDEEN SPRINGS

## LIST OF CREDITORS

Bank of America Home Loans
P.O. Box 650070
Dallas, Texas 75265

Citi Financial Auto
P.O. Box 183036
Columbus, Ohio

HSBC Auto Finance
P.O. Box 17548
Baltimore, Maryland 21297

Sallie Mae/Parent Plus Loan

Peoples Gas
Chicago, Illinois 60687

ComEd
P.O. Box 6111
Carol Stream, Illinois

The Department of Water
City of Chicago
P.O. Box 6330
Chicago, Illinois 60680

WFNNB Newport News
P.O. Box 182125
Columbus, Ohio 43218

Sears MasterCard Credit
P.O. Box 183082
Columbus, Ohio 43218

Pg 2-Raydeen Springs

Union Plus Credit Card
P.O. Box 88000
Baltimore Maryland 212188